**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION**

**STANLEY MONTGOMERY,** **PLAINTIFF**

**v.** **CIVIL ACTION NO.: 1:14cv125-SA-SAA**

**THE STATE OF MISSISSIPPI, et al.,** **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the order entered this day, the instant case is hereby **DISMISSED WITH PREJUDICE**.

**SO ORDERED**, this the 7th day of October, 2014.

                                                    **/s/ Sharion Aycock**
                                                  **U.S. DISTRICT JUDGE**